UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:

BENZ, PAULA BROWN

Case No. 05-89564 TJT
Chapter 7
HON. Thomas J. Tucker

Debtor(s).
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Donna Lawler<br>31727 Cloverly Ct<br>Warren, MI 48092 | 10 | $226.26 |
|  | **TOTAL** | **$226.26** |

Dated: January 12, 2010

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600
Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com